UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                   CASE NO. 8:10-cr-00136-JSM-E_J

MICHELLE DUVAL

## MOTION TO WITHDRAW

The United States of America, by Roger B. Handberg, United States Attorney for the Middle District of Florida, hereby respectfully requests the Clerk of Court to withdraw the name of Assistant United States Attorney Maria Guzman in the above-styled cause.

The government is represented in this matter by Assistant United States Attorney Jennifer Peresie.

Respectfully submitted,

ROGER B. HANDBERG
United States Attorney

By:   /s/ Maria Guzman
Maria Guzman
Assistant United States Attorney
Florida Bar No. 053325
400 N. Tampa St., Ste. 3200
Tampa, FL 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: Maria.Guzman@usdoj.gov

U.S. v. MICHELLE DUVAL   Case No. 8:10-cr-00136-JSM-E_J

## CERTIFICATE OF SERVICE

I hereby certify that on November 1, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the counsel of record.

      /s/ Maria Guzman
      Maria Guzman
      Assistant United States Attorney
      Florida Bar No. 053325
      400 N. Tampa St., Ste. 3200
      Tampa, FL 33602-4798
      Telephone: (813) 274-6000
      Facsimile: (813) 274-6358
      E-mail: Maria.Guzman@usdoj.gov