UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:10-cr-00136-JSM-E_J

MICHELLE DUVAL

### JOINT STATUS REPORT

The United States of America, by Roger B. Handberg, United States Attorney for the Middle District of Florida, and Defendant Michelle Duval, by Raudel Vitier, file with this Court, pursuant to the Court's order, Doc. 162, the following status report. As detailed below, the defendant is presently in state custody pending resolution of state charges.

**1.  Brief summary of the case's status:**

    1.  On November 17, 2023, the defendant had her initial appearance in federal court on her alleged violations of supervised release and was released on bond. Doc. 140.

    2.  Duval's final revocation of supervised release hearing was initially set for December 6, 2023, Doc. 146, but was continued twice on unopposed motions by defense counsel. On February 16, 2024, the Court granted defendant's second motion to continue. Doc. 153.

3. In March 2024, the Court issued a warrant for the defendant based on a superseding petition for supervised release violations, which alleged that the defendant committed new criminal conduct and had new state charges. Doc. 157.

4. In April 2024, the defendant failed to appear in Court in Manatee County, and a bench warrant was issued.

5. The defendant was arrested in July 2024, and is currently custody in Manatee County, Florida, pending her appearance on state charges in Manatee County Circuit Court Case 2023-MM-2797. The next case management conference is scheduled for February 3, 2025.

6. Defendant has pending charges in Sarasota County Circuit Court Case 2023-CF-9768 with a case management conference set for January 30, 2025.

7. Detainers have been lodged from Hillsborough County Circuit Court Case 2024-CF-2733for the defendant's pending state charges there and by the U.S. Marshals for the federal warrant.

**2.     Final revocation hearing scheduling:**

The parties defer to the Court on scheduling but prefer that the final revocation hearing proceed after the defendant's state cases are resolved.

The United States has consulted with counsel for the defendant herein and both parties agree to the above information.

                                                  Respectfully submitted,

                                                  ROGER B. HANDBERG
                                                  United States Attorney

By:   */s/Jennifer L. Peresie*
       Jennifer L. Peresie
       Assistant United States Attorney
       United States Attorney No. 120
       400 N. Tampa St., Ste. 3200
       Tampa, FL 33602-4798
       Telephone: (813) 274-6000
       Facsimile: (813) 274-6358
       E-mail: Jennifer.Peresie@usdoj.gov

U.S. v. DUVAL                                    CASE NO. 8:10-cr-00136-JSM-E_J

## CERTIFICATE OF SERVICE

I hereby certify that on January 15, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the counsel on record.

>  /s/Jennifer L. Peresie
>  Jennifer L. Peresie
>  Assistant United States Attorney
>  United States Attorney No. 120
>  400 N. Tampa St., Ste. 3200
>  Tampa, FL 33602-4798
>  Telephone: (813) 274-6000
>  Facsimile: (813) 274-6358
>  E-mail: Jennifer.Peresie@usdoj.gov